## 49221. F. N. ROBERTS CORPORATION et al. v. TURMAN.

STOLZ, Judge.

The defendant appeals from the denial of its motion for judgment notwithstanding mistrial. This is not a judgment or decision from which an appeal may be taken without first obtaining a certificate for immediate review from the trial judge pursuant to Code Ann. § 6-701 (a) (2) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073). The appellee's motion to dismiss the appeal is sustained.

*Appeal dismissed. Deen and Webb, JJ., concur.*

ARGUED APRIL 3, 1974 — DECIDED APRIL 24, 1974.

*Jack K. Bohler,* for appellants.
*Webb, Parker, Young & Ferguson, Thomas L. Murphy,* for appellee.